IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01197-MSK-MJW

LLOYD DIXON, JR.,

    Plaintiff,

v.

OFFICE DEPOT, INC.,

    Defendant.

---

**ORDER RESETTING HEARING**

---

    **IT IS ORDERED** that the Pre-Trial Conference set for **December 14, 2006 at 8:00 a.m.** is **VACATED** and reset to **December 29, 2006 at 9:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

    Dated this 14th day of November, 2006

                               **BY THE COURT:**

                               */s/ Marcia S. Krieger*

                               Marcia S. Krieger
                               United States District Judge