IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01197-MSK-MJW

LLOYD DIXON, JR.,

       Plaintiff,

v.

OFFICE DEPOT, INC.,

       Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER comes before the Court on the Plaintiff's motion **(#39)** asking the Court to reconsider its Order **(#36)** granting the Defendant's motion for summary judgment. The Defendant opposes **(#42)** the motion for reconsideration. Having considered the motion and the response thereto, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff, Lloyd Dixon, Jr., asserted claims of race and age discrimination against the Defendant, Office Depot, Inc. The Defendant moved for summary judgment on both claims. In response to the Defendant's motion for summary judgment, the Plaintiff did not produce sufficient competent evidence of an adverse employment action which would support either claim. Therefore, the Court granted the motion for summary judgment.

Now, the Plaintiff asks the Court to reconsider that ruling. The Defendant opposes the Plaintiff's motion, and contends that the Plaintiff has not demonstrated that the Court should reconsider its ruling.

In his motion, the Plaintiff did not rely upon any particular rule. Because it was filed within 10 days after the entry of judgment, the Court construes it as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e). *See Servants of the Paraclete v. Does,* 204 F.3d 1005, 1012 (10th Cir. 2000). Under this rule, there are three possible grounds which may warrant reconsideration: (1) an intervening change in controlling law, (2) new evidence which was previously unavailable, or (3) the need to correct clear error or prevent manifest injustice. *See id.*

The Plaintiff does not argue that there has been an intervening change in the controlling law, nor does he argue that new evidence has come to light, or that the Court's Order was clearly erroneous or manifestly unjust. Rather, he contends that the Court's application of the law was "too strict." He simply disagrees with the Court's legal conclusions, all of which were premised upon a construction of the facts in the light most favorable to him.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for reconsideration **(#39)** is **DENIED**.

Dated this 16th day of March, 2007

                              **BY THE COURT:**

                              *[signature: Marcia S. Krieger]*

                              Marcia S. Krieger
                              United States District Judge